

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, July 30, 2015

No. 04-14-00678-CR

Ronjee Middleton,
Appellant

v.

The State of Texas,
Appellee

Trial Court Case No. 2013CR0666

## ORDER

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on Wednesday, September 2, 2015, to the following panel: Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on Thursday, July 30, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this Thursday, July 30, 2015.

_____
Keith E. Hottle, Clerk